UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVENT REAL ESTATE GROUP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LE JOHN WINDOM, et al.,<br><br>　　　　　Defendants. | Case No.  24-cv-01373-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO REMAND TO STATE COURT**<br><br>Re: Dkt. No. 7 |

　　　　The Court has reviewed Magistrate Judge Westmore's Report and Recommendation to Remand this unlawful detainer action to state court.  The time for objections has passed and none were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

　　　　IT IS HEREBY ORDERED that the Clerk is directed to remand this case to the San Mateo County Superior Court and close the file.  Plaintiff's pending motion for remand (Dkt. No. 6) is TERMINATED as moot.

　　　　**IT IS SO ORDERED.**

Dated: April 8, 2024

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge